

| | THE CITY OF NEW YORK | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOSHUA J. LAX**<br>Special Assistant Corporation Counsel<br>Phone: (212) 356-3538<br>Fax: (212) 356-3509<br>jlax@law.nyc.gov |

June 20, 2014

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1340
New York, NY 10007

    Re: **Anonymous Plaintiff v. The City of New York, et al.,** 13 Civ. 8928 (VEC)

Dear Judge Caproni,

    I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel for the City of New York, representing defendants City of New York, Donte Alarcon, Ramon Hilario and Jeffrey Augustine in the above-referenced matter. I write on behalf of all parties to inform the Court that the parties have reached a settlement in this matter, and defendants are forwarding the pertinent documents to plaintiff's counsel for completion to perfect the settlement.

    Defendants thank the Court for its consideration.

Respectfully submitted,

/s/

Joshua J. Lax
Assistant Corporation Counsel

CC:    By ECF
       Gregory P. Mouton, Esq.